# United States District Court

| NORTHERN | DISTRICT OF | CALIFORNIA |

**FILED**

**E-FILING**

2007 DEC 19 P 3: 04

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

Javier MARTINEZ-Gamez

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: **07-70752 PVT**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than, October 11, 2007, in Salinas Valley, Monterey County in the Northern District of California defendant(s)

Unlawfully re-entered and was found in the United States after deportation, without the permission of the Attorney General

in violation of Title 8 United States Code, Section(s) 1326

I further state that I am a(n) Deportation Officer (Official Title) and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, twenty years imprisonment and $100.00 special assessment fee and a Term of Supervised Release up to three years.

Requested bail: Issue no bail warrant.

APPROVED AS TO FORM: _____
ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

12/19/07 Date   at   San Jose, California
                      City and State

Patricia V. Trumbull
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

RE: Javier MARTINEZ-Gamez                                                            A 77 343 044

I, Timothy F. Purdy, am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE). I have been employed by this agency, U.S. Customs & Border Protection and the former Immigration and Naturalization Service (INS), since October 1, 2002. I am currently assigned to the Criminal Alien Program at the San Jose, California Sub-Office. In such capacity, I have reviewed the official immigration "A-File" relating to the above named defendant, which attests to the following:

(1) The DEFENDANT Javier MARTINEZ-Gamez, is a 37-year-old single male, citizen and native of Mexico, born on September 28, 1971, in Guadalajara, Jalisco, Mexico, which is substantiated by his original birth certificate. (On multiple encounters with law enforcement officials the DEFENDANT has also used March 4, 1971 as his birth date.) Further, on August 30, 2004, the DEFENDANT admitted to his nationality in a sworn statement to U.S. Customs & Border Protection Officials at the SanYsidro, California Port of Entry. On October 11, 2007, the DEFENDANT made multiple statements to that effect in an interview that was initiated at the Salinas Valley State Prison, when interviewed by ICE Immigration Enforcement Agent (IEA) David Vargas of the San Jose, California DRO Sub-Office;

(2) The DEFENDANT has been assigned Alien Registration number of A77 343 044, FBI number of 525991LB0, and California Criminal State ID Number of A08929604;

(3) On July 14, 1998, the DEFENDANT was convicted in the Superior Court of California/County of Los Angeles, for the offense of: BATTERY, a misdemeanor, in violation of California Penal Code Section 242 and sentenced to 50 days in jail;

(4) On November 4, 1999, DEFENDANT was convicted in the Superior Court of California/County of Los Angeles, for the offense of: ASSAULT W/A DEADLY WEAPON ON A PEACE OFFICER/FIREMAN, a felony, in violation of California Penal Code Section 245(C) and sentenced to 270 days in jail;

(5) On April 24, 2000, DEFENDANT was convicted in the Superior Court of California/County of Los Angeles, for the offense of: PROBATION VIOLATION/POSSESSION OF A CONTROLLED SUBSTANCE, a misdemeanor, in violation of California Penal Code Section 1203.2 *and* California Health and Safety Code Section 11364, and sentenced to three-hundred and sixty five days in county jail;

RE: Javier MARTINEZ-Gamez                                                                                   A 77 343 044

(6)  On November 9, 2000, the DEFENDANT was determined to be unlawfully present in the United States by the INS District Director, Los Angeles, California and ordered deported from the United States to Mexico;

(7)  On July 16, 2004, the DEFENDANT was convicted in the Superior Court of California/County of Los Angeles, for the offense of: PETTY THEFT, a misdemeanor, in violation of California Penal Code Section 484(A) and sentenced to thirty days in jail;

(8)  On July 22, 2004, the DEFENDANT was determined to be unlawfully present in the United States by the by the DRO/ICE Field Office Director, Los Angeles, California and ordered deported from the United States to Mexico;

(9)  On September 16, 2004, the DEFENDANT was determined to be unlawfully present in the United States by the Assistant Chief Patrol Agent, Tucson, Arizona, and ordered deported from the United States to Mexico;

(10) On February 9, 2005, the DEFENDANT was convicted in the Superior Court of California/County of Los Angeles, for the offense of: ATTEMPTED FIREARM REMOVAL FROM A PEACE OFFICER, a felony, in violation of California Penal Code Section 148(D) and sentenced to four years in jail;

(11) On, October 11, 2007, the DEFENDANT was encountered by IEA David Vargas, at Salinas Valley State Prison, and determined to be unlawfully present in the United States after a prior deportation. IEA David Vargas then advised the Defendant his Miranda rights in the English language;

(12) The DEFENDANTS official A-File does not contain any record or indication that he either requested or received permission from the Secretary of the Department of Homeland Security or the Attorney General of the United States to reenter the United States;

**RE:** Javier MARTINEZ-Gamez                                              A 77 343 044

(13) Based on the above stated information, this Officer believes there is sufficient probable cause that the DEFENDANT is present within the United States in violation of Title 8, United States Code, Section 1326.

_____
Timothy F. Purdy
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this __19__ day of __December__ 2007

_____
Patricia V. Trumbull
UNITED STATES MAGISTRATE JUDGE